# Exhibit 3

## Constable Return of Individual

Cause #: 255100125061                                                                 Tracking #: K0423762

In the case of Yang, Hong VS Ramos, Raymundo; POLICE DEPARTMENT a CITATION and attached SMALL CLAIMS PETITION was issued by the Justice of the Peace 5-1 court of HARRIS County, TX and came to hand on the 1 day of April, 2025 at 1:20PM to be delivered at 3202 S DAIRY ASHFORD RD, HOUSTON, TX 77082 by delivering to: Ramos, Raymundo

## Service of Individual

Executed in HARRIS County, Texas by delivering to each of the within name defendant by PERSONAL SERVICE; a true copy of this CITATION together with the accompanying copy of the SMALL CLAIMS PETITION, at the following times and places:

| Name | Date | Time | Full Address of Service |
| --- | --- | --- | --- |
| Ramos, Raymundo | 4/8/2025 | 7:47AM | 3202 S DAIRY ASHFORD RD - HOUSTON, TX 77082 |

Fee Due $   0.00

by Deputy   ROBERT LOZANO - 544
                            Printed

Deputy Signature

Attempts:       2
Total Attempts:  2

Terry Allbritton, Constable Precinct #5

Harris County Texas

17423 Katy Freeway
Houston Texas 77094
2814636666



RECEIVED
APR 10 2025
By_____

Citation - Small Claims Money Damages    Tracking Number: K0423762

Case Number: 255100125061

| | | |
|---|---|---|
| Hong Yang | § | In the Justice Court |
| Plaintiff | § | Harris County, Texas |
| vs. | § | Precinct 5, Place 1 |
| Raymundo Ramos; Police Department | § | 6000 Chimney Rock, Suite 102 |
| Defendant | § | Houston Texas 77081 |
| | § | 713-274-8700 |
| | § | www.jp.hctx.net |

## Citation (Small Claims Case)

THE STATE OF TEXAS
COUNTY OF HARRIS

TO: **ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:**

Deliver this citation, together with a copy of the petition, to:

Raymundo Ramos
3203 S. Dairy Ashford Rd
Houston TX 77082
Phone Number: 832-948-0816

**TO THE DEFENDANT:**
You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court on or before the end of the 14th day after the date of service of this citation. In your answer, please provide an email address if you consent to email service of any pleadings or other documents in your case. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.

Date Petition Filed: 03/28/2025

Nature of demand made by Plaintiff(s): money owed in the amount of $20,000.00. A copy of the petition is attached.

### Notice
You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

Date: 3/28/2025

/s/ Gabriela Segrera
Clerk of the Court
Harris County Justice Court
Precinct 5, Place 1

Address of Plaintiff

PO Box 36067
Houston TX 77236

Address of Plaintiff's Attorney