**Mail body: From: Yang Hong.**

United States Courts
Southern District of Texas
F I L E D

JUL 2 1 2025

Nathan Ochsner, Clerk of Court

From: Yang Hong.
Civil lawsuit number: 4:25-cv-1086.

Dear Judge: I encountered various difficulties in handling this case and could not hire a lawyer. I am now suffering from severe depression and am very anxious. I only have three requests:

1. Please ask the witness described by Mr. Raymondo Ramos to appear in court, ask the witness to describe in detail the facts he/she saw, and combine the factual photos I provided (those photos were copied from the video), and ask the court or jury to investigate. Because he said that he talked to the witness, I was an eyewitness to the accident, and I knew that the defendant's forged report did not match the facts. The defendant personally went to the scene of the accident and witnessed the position of the two vehicles after the accident, but still drew the wrong position of the vehicles. The court originally thought that this was just a small mistake and insignificant, but it was this insignificant small mistake that determined the result of the accident verdict. Is this mistake really insignificant? So I question whether this witness really exists? If it is perjury, or there is no witness at all, am I wrong to sue the defendant for racial discrimination?

2. In the materials I submitted to the court, there was an Asian couple. The police officers or the court suppose to investigate about the Asian couple according I have provided about their photos and car's plate number; I was hit because they drove the way to the wrong side of the road. When the car accident happened, it was not the two-car collision picture provided by Mr. Ramos in the police report, but three cars. I was hit by the last car that flew to the middle. After that car flew over and hit me, it continued to fly to the parking lot near the opposite lane. I ask the defendant Mr. Ramos to provide a video and strong photos of the accident scene. Videos make people feel immersive, and strong photos can show comprehensive information, while ordinary photos cannot show comprehensive information. As a professional police officer who specializes in investigating car accidents, doesn't he have strong videos or other strong evidence to support and prove that his investigation is fair and accurate? Ordinary people will record videos when encountering such things.

3. I ask the jury to participate in the trial, which can better reflect the fairness of the verdict. I know that the defendant has no remorse for his wrong behavior and has no intention of apologizing to me. He is just defending his bad behavior. He is a police officer and has a lawyer from the city of Houston to defend him. This powerful combination also makes other lawyers afraid to confront the police, because the chance of winning is almost zero. So I can't find a lawyer willing to defend me. He may be protected by the law, but this will encourage such police to continue to do evil.

From: HONG TANG
P.O. Box 36067
Houston, TX 77236

TO: Federal Court Houston
515 Rusk ST
Houston, TX 77002

HOUSTON TX RPDC 773
17 JUL 2025 PM 3 L

United States Courts
Southern District of Texas
FILED
JUL 21 2025
Nathan Ochsner, Clerk of Court

7002-260099